IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL ROGERS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUSTIN NICHOLS, Sheriff; and DUNDY COUNTY SHERIFF DEPT,<br><br>　　　　　Defendants. | **8:23CV443**<br><br>**MEMORANDUM AND ORDER** |

　　This matter is before the Court on its own motion. On December 31, 2024, the Court ordered Plaintiff to show cause within 30 days why this case should not be dismissed as frivolous because the statute of limitations has run. *See* Filing No. 7. To date, Plaintiff has not responded to the Court's order to show cause or taken any other action in this matter. Accordingly,

　　IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter a separate judgment.

　　Dated this 4th day of February, 2025.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*John M. Gerrard*
　　　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge